IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*[Electronically Filed]*

| | |
|---|---|
| GARY L. HORNBACK | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) Civil Action No. 3:20-CV-840-DJH |
| | ) |
| AMAZON.COM SERVICES, LLC; and | ) |
| MITCHELL B. ROEDER | ) |
| | ) |
| DEFENDANTS | ) |
| | ) |
| | ) |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Amazon.com Services, LLC and Mitchell B. Roeder ("Defendants"), pursuant to 28 U.S.C. §1446, hereby give notice of removal of this action from the Jefferson Circuit Court, Louisville, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, and allege as follows:

1. On September 23, 2020, Plaintiff, Gary L. Hornback ("Plaintiff"), filed the instant action against Defendants, Amazon.com Services, LLC ("Amazon") and Mitchell B. Roeder ("Roeder") ("the Suit"). (*See* a copy of the underlying pleadings, attached hereto as Exhibit 1.)

2. The Suit alleges tort claims against Defendants stemming from a motor vehicle accident that occurred on September 24, 2018, in which Plaintiff alleges that he suffered personal injuries and other damages. (*Id.*)

3. At all times relevant herein, Plaintiff was and is a citizen of Kentucky, residing in Jefferson County, Kentucky. (*See* Exhibit 1, Plaintiff's Complaint, ¶1.)

1

4. At all times relevant herein, Amazon was and is a limited liability company incorporated in Delaware, with its principal place of business in Seattle, Washington. Amazon's only member is Amazon.com, Inc., which is also incorporated in Delaware and also has its principal place of business in Seattle, Washington. Thus, no members of Amazon are citizens of Kentucky.

5. At all times relevant herein, Roeder was and is a citizen of Indiana, residing in Clark County, Indiana. (*See* Exhibit 1, Plaintiff's Complaint, ¶3.)

5. Liberty Insurance Corporation ("Liberty") has a Motion to File Intervening Complaint pending in the Suit, and at all times relevant herein Liberty was and is incorporated in Illinois with its principal place of business in Illinois. (*See* Exhibit 1.)

6. Both Defendants were served and timely filed an Answer to Plaintiff's Complaint on October 22, 2020. (*Id.*) In conjunction with serving their Answer, Defendants served Interrogatories, Requests for Production of Documents and a Request for Admission to Plaintiff on October 22, 2020. (*See* discovery requests, attached hereto as Exhibit 2.)

7. The single Request states, "Please admit that the amount of damages you intend to seek in this matter exceeds the sum or value of $75,000, exclusive of interest and costs." (*See* Exhibit 2, p. 9.)

8. To date, Plaintiff has failed to respond to the Request for Admission. Thus, pursuant to the Kentucky Rule of Civil Procedure 36.01(2), Plaintiff is deemed to have admitted that the amount in controversy in this action exceeds or will exceed $75,000, exclusive of costs and interest. *Id.* See also *Abrams vs. Dakkota Integrated, Sys., LLC*, 2014 U.S. Dist. LEXIS 74417 (W.D. Ky. 2014); *Rose v. Rawlins*, 358 S.W.2d 538, 539-40 (Ky. 1962); *Foote v. Applied*

*Card Bank,* 2008 Ky. App. Unpub. LEXIS 1222, 2008 WL 5429544 (Ky. Ct. App. Dec. 31, 2008).

9. Moreover, as explained above, diversity of citizenship exists between Plaintiff and Defendants, as well as proposed Intervening Plaintiff, Liberty.

10. As such, this Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U.S.C. §1332(a)(c), because Defendants are not citizens of Kentucky, diversity of citizenship exists between the parties and because the amount in controversy exceeds Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), exclusive of interest and costs. Therefore, this removal is proper, pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendants, Amazon.com Services, LLC and Mitchell B. Roeder, give Notice of Removal of this action from the Jefferson Circuit Court, Louisville, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division. Defendants demand a constitutional jury to try this cause.

Respectfully submitted,

/s/*Lynsie Gaddis Rust*
Lynsie Gaddis Rust
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
PH:  502-238-8500
FX:  502-238-7995
lynsie.rust@wilsonelser.com
*Counsel for Defendants*

11386290v.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice electronic filing to the following:

Matt Feltner
Larry Shelton
Caldwell & Feltner Law Offices, PLLC
P. O. Box 3073
London, Kentucky 40743
*Counsel for Plaintiff*

Timothy J. Walker
Fogle Keller Walker, PLLC
300 East Main Street, Suite 400
Lexington, KY 40507
*Counsel for Liberty Insurance Corporation*
(Motion to File Intervening Complaint pending)

/s/*Lynsie Gaddis Rust*
*Counsel for Defendants*